No. 3,308.—GEORGE CURRY, Appellant, *v.* BARNEY
McGRADE, Respondent.

*Appeal from District Court, Silver Bow County; J. M. Clem-
ents, a Judge of the First Judicial District, presiding.*

MR. JUSTICE HOLLOWAY.—The facts in this case are
identical with those in *Curry* v. *McCaffery,* this day decided
(*ante,* p. 191), and upon the authority of that case the judgment
is reversed and the cause is remanded for further proceedings.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.

(591)

*Messrs. Alexander Mackel, Wm. F. Davis, H. A. Tyvand,* and *I. G. Denny* submitted a brief in behalf of Appellant; *Mr. Davis* argued the cause orally.

*Messrs. John F. Davies, Kremer, Sanders & Kremer, James E. Healy, John V. Dwyer,* and *William Meyer,* submitted a brief for Respondent; *Mr. J. Bruce Kremer* and *Mr. Healy* argued the cause orally.

No. 3,309.—GEORGE CURRY, APPELLANT, *v.* DAN D. DREW, RESPONDENT.

*Appeal from District Court, Silver Bow County; J. M. Clements, a Judge of the First Judicial District, presiding.*

MR. JUSTICE HOLLOWAY.—The facts in this case are identical with those in *Curry,* v. *McCaffery,* this day decided (*ante,* p. 191), and upon the authority of that case, the judgment is reversed and the cause is remanded for further proceedings.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.

*Messrs. Alexander Mackel, Wm. F. Davis, H. A. Tyvand,* and *I. G. Denny,* submitted a brief in behalf of Appellant; *Mr. Davis* argued the cause orally.

*Messrs. John F. Davies, Kremer, Sanders & Kremer, James E. Healy, John V. Dwyer,* and *William Meyer,* submitted a brief for Respondent; *Mr. J. Bruce Kremer* and *Mr. Healy* argued the cause orally.